**Order entered January 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01124-CV

**ROBERT ALLEN MILLER, Appellant**

**V.**

**SHAWN RAE MILLER, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-54375-2018**

## ORDER

Before the Court is appellant's January 24, 2019 second motion for an extension of time

to file a brief.  We **GRANT** the motion and extend the time to **February 20, 2019**.


/s/      KEN MOLBERG
         JUSTICE